# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 13, 2023

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Vela-Roman, Roselia | Docket No. | 0980 1:20CR02011-EFS-1 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW  Linda J. Leavitt, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Roselia Vela-Roman, who was placed under pretrial release supervision by the Honorable U.S. District Judge Mary K. Dimke, sitting in the court at Yakima, Washington, on the 10th day of April 2020, under the following conditions:

Standard Condition #10: Defendant shall surrender any passport to Pretrial Services and shall not apply for a new passport.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On April 10, 2020, Ms. Vela-Roman was released onto pretrial supervision in the Western District of Washington. On April 11, 2020, the conditions of pretrial supervision were reviewed and signed by Ms. Vela-Roman acknowledging an understand of her conditions.

Violation #1: Ms. Vela-Roman is alleged to be in violation of her pretrial release conditions by applying for a United States passport on January 27, 2023.

On February 1, 2023, this officer received an email from the supervising probation officer in the Western District of Washington, advising Ms. Vela-Roman contacted him and stated she had applied for a U.S. passport. Per the probation officer, she requested documentation from her probation officer since she thought she lost it at the time of her arrest. According to the supervising officer, he reviewed her conditions of release with her via the telephone and advised she is not allowed to apply for a passport per the order of the Court. The supervising officer then forwarded this officer a letter from a plastic surgery center in Tijuana, Mexico, reflecting Ms. Vela-Roman has a procedure scheduled for February 17, 2023. On February 2, 2023, this officer received an email from the Department of the State confirming Ms. Vela-Roman applied for a U.S. passport on January 27, 2023, and she would be receiving notification the passport application has been denied per her conditions of release (ECF 13).

PRAYING THAT THE COURT WILL ORDER A SUMMONS

| | |
|---|---|
| | I declare under the penalty of perjury that the foregoing is true and correct. |
| | Executed on:   February 7, 2023 |
| by | s/Linda J. Leavitt |
| | Linda J. Leavitt<br>U.S. Pretrial Services Officer |

**Re: Vela-Roman, Roselia**
**February 7, 2023**
**Page 2**

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this
      petition with the other violations pending before the
      Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Signature of Judicial Officer

February 13, 2023
Date